## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Tanos Assaad Choueiri**
                    **Debtor(s)**

**BK NO. 24-01074 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
10 May 2024, 12:20:01, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 1fce5e42e651adeee093ccd7a7743422aa373047c4a68e7fe336922f46ed1a55