United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tanos Assaad Choueiri  
    Debtor

Case No. 24-01074-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 13, 2024      Form ID: ntcnfhrg      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanos Assaad Choueiri, 824 Woodlawn Drive, Chambersburg, PA 17201-4818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5613700 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 18:59:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5613701 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2024 18:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5613702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5613703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5622761 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:22 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5613705 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:32 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5614980 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613706 | + | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5613704 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2024 18:59:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5618301 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2024 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5613707 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2024 18:51:00 | Nissan Motor Acceptance, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 5615615 | + | Email/PDF: cbp@omf.com | Jun 13 2024 18:59:22 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5613708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:33 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:22 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5613711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:30 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 5613712 | + | Email/PDF: cbp@omf.com | Jun 13 2024 18:59:35 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 5613713 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5621699 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:24 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Tanos Assaad Choueiri ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tanos Assaad Choueiri,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01074−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)