United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tanos Assaad Choueiri  
    Debtor

Case No. 24-01074-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 24, 2025      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanos Assaad Choueiri, 824 Woodlawn Drive, Chambersburg, PA 17201-4818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5626685 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2025 19:01:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5613700 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2025 19:02:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5613701 | + | EDI: BANKAMER | Feb 24 2025 23:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5629007 | | EDI: BANKAMER | Feb 24 2025 23:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5613702 | + | EDI: CAPITALONE.COM | Feb 24 2025 23:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5613702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 19:02:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5613703 | + | EDI: CAPITALONE.COM | Feb 24 2025 23:39:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5613703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 18:48:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5622761 | | EDI: CAPITALONE.COM | Feb 24 2025 23:39:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5622761 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 18:49:18 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5613704 | + | EDI: JPMORGANCHASE | Feb 24 2025 23:39:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5613704 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2025 19:02:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5613705 | + | EDI: CITICORP | Feb 24 2025 23:39:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5614980 | | EDI: DISCOVER | Feb 24 2025 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613706 | + | EDI: DISCOVER | Feb 24 2025 23:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5624992 | | EDI: JEFFERSONCAP.COM | Feb 24 2025 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5618301 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 24 2025 18:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5628142 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 19:02:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5626277 | | Email/Text: camanagement@mtb.com | Feb 24 2025 18:44:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5613707 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 24 2025 18:44:00 | Nissan Motor Acceptance, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 5628330 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 24 2025 18:44:00 | Nissan-Infiniti LT LLC, Fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 5615615 | + | EDI: AGFINANCE.COM | Feb 24 2025 23:39:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5628095 | | EDI: PRA.COM | Feb 24 2025 23:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5630138 | | EDI: PRA.COM | Feb 24 2025 23:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5628173 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 18:48:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5613708 | + | EDI: SYNC | Feb 24 2025 23:39:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 18:48:04 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5628975 | | EDI: AISACG.COM | Feb 24 2025 23:39:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5628975 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2025 19:01:40 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5613709 | + | EDI: SYNC | Feb 24 2025 23:39:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 18:49:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613710 | + | EDI: SYNC | Feb 24 2025 23:39:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5613710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 18:49:17 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5613711 | + | EDI: SYNC | Feb 24 2025 23:39:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 19:03:18 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5613712 | + | EDI: AGFINANCE.COM | Feb 24 2025 23:39:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 5613713 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 24 2025 19:03:23 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5621699 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Feb 25 2025 05:42:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Tanos Assaad Choueiri ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tanos Assaad Choueiri<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5494<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:24-bk-01074-HWV | |

## Order of Discharge                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tanos Assaad Choueiri

2/24/25

**By the court:**  _(signature)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2